United States Court of Appeals
Fifth Circuit

**F I L E D**

December 21, 2005

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

No. 05-50393
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME GONZALEZ-MORALES,
True Name, Jaime Gonzalez,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
(3:04-CR-2551-ALL)

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Jaime Gonzalez-Morales appeals his guilty-plea conviction for transporting illegal aliens. For the first time on appeal, he claims the factual basis for his guilty plea was insufficient because it failed to state he was aware of the status of the aliens he was transporting. Pursuant to our plain error standard of review, he fails to show the requisite "clear" or "obvious" error because he has not shown it was clear or obvious the factual basis was insufficient to demonstrate that he committed the charged

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

crime.  *United States v. Olano*, 507 U.S. 725, 731-37 (1993); *United States v. Johnson*, 546 F.2d 1225, 1226 (5th Cir. 1977).

*AFFIRMED*